```
 1  Scott Edward Cole, Esq. (S.B. #160744)
    Clyde H. Charlton, Esq. (S.B. #127541)
 2  Matthew R. Bainer, Esq. (S.B. #220972)
    SCOTT COLE & ASSOCIATES, APC
 3  1970 Broadway, Suite 950
    Oakland, California 94612
 4  Telephone: (510) 891-9800
    Facsimile:  (510) 891-7030
 5  web:     www.scalaw.com

 6  Attorneys for Representative Plaintiff
    and the Plaintiff Class
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. RUMBERGER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: C 05-04050 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: FILING AND SERVICE OF SECOND AMENDED COMPLAINT** |

The original and Amended Complaint were filed in San Francisco Superior Court under case no. 05-444357, incorrectly naming the Defendant. Through communications with Sprint's attorney of record, Michele Floyd of Reed Smith LLP, the correct name of the Defendant, Sprint Communications Company L.P. has been verified. Defendant has agreed to stipulate to the filing and service of Plaintiff's Second Amended Complaint herein, naming Sprint Communications Company L.P., with the understanding that Plaintiff will dismiss all other entities named previously.

**ACCORDINGLY, IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO,** by and through their respective counsel, that Plaintiff may file the Second Amended Complaint for Damages, Injunctive Relief and Restitution ("SAC"), attached as Exhibit "A." The SAC shall be deemed filed and served upon Defendant on the date of entry of this Order.

1  Defendant's Answer to Plaintiff's SAC will be due 30 days from date of service thereof.

2

3  **IT IS SO STIPULATED**:

4

5  Dated: October 28, 2005

6

7                                      **SCOTT COLE & ASSOCIATES, APC**

8  By: _____

9          Scott Edward Cole, Esq.
        Attorneys for Representative Plaintiff and the
        Plaintiff Class

10

11  Dated: October __, 2005

12                                      **REED SMITH LLP**

13

14  By: _____
        Michele Floyd, Esq.
        Attorneys for Defendant

15

16  **ORDER**

17  Upon stipulation of the parties hereto, and good cause appearing therefor,

18

19  **IT IS HEREBY ORDERED** that:

20  Plaintiff's Second Amended Complaint shall be deemed filed and served on Defendant as

21  of the date of entry of this Order. Defendant's Answer to Plaintiff's Second Amended Complaint

22  shall be due 30 days from date of service.

23

24  Dated: November __, 2005

25

26                                **HONORABLE JEFFREY S. WHITE**
                              JUDGE OF THE SUPERIOR COURT

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, SUITE 950
OAKLAND, CA 94612
TEL.: (510) 891-9800

**HERETO**, by and through their respective counsel, that Plaintiff may file the Second Amended Complaint for Damages, Injunctive Relief and Restitution ("SAC"), attached as Exhibit "A." The SAC shall be deemed filed and served upon Defendant on the date of entry of this Order. Defendant's Answer to Plaintiff's SAC will be due 30 days from date of service thereof.

**IT IS SO STIPULATED**:

Dated: October __, 2005

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, SUITE 950
OAKLAND, CA 94612
TEL: (510) 891-9800

**SCOTT COLE & ASSOCIATES, APC**

By: _____
Scott Edward Cole, Esq.
Attorneys for Representative Plaintiff and the Plaintiff Class

Dated: October 28, 2005

**REED SMITH LLP**

By: _____
Michele Floyd, Esq.
Attorneys for Defendant

## ORDER

Upon stipulation of the parties hereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

Plaintiff's Second Amended Complaint shall be deemed filed and served on Defendant as of the date of entry of this Order. Defendant's Answer to Plaintiff's Second Amended Complaint shall be due 30 days from date of service.

Dated: October 28, 2005

_____
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA