United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY P. RUMBERGER,

    Plaintiff,                                   No. C 05-04050 JSW

    v.

SPRINT CORPORATION,                              **ORDER SETTING BRIEFING
                                                 SCHEDULE**

    Defendant.
_____/

This matter is set for a hearing on January 20, 2006 on Defendant Sprint Corporation's Motion to Dismiss.  The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on Thursday, December 15, 2005 and Defendant's reply brief shall be due on Thursday, December 22, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 30, 2005

                                    _____
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE