Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. RUMBERGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Defendant. | **Case No.: C 05-04050 JSW**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SETTING OF CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, the Amended Complaint and an Answer thereto have been filed in the above-captioned matter and have settled the pleadings. Presently, there are no scheduled appearances, hearings or associated deadlines on this Court's calendar with regard to this litigation and, as such, the parties hereto hereby stipulate to setting and respectfully request this Court calendar an initial Case Management Conference.

**ACCORDINGLY, IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO**, by and through their respective counsel, that a Case Management Conference be calendared for Friday, July 7, 2006 at 1:30 p.m. or as soon thereafter as the Court's calendar permits.

**IT IS SO STIPULATED**:

Dated: June _6_, 2006

**SCOTT COLE & ASSOCIATES, APC**

By: _____
Scott Edward Cole, Esq.
Attorneys for Representative Plaintiff
and the Plaintiff Class

Dated: June ___, 2006

**REED SMITH LLP**

By: _____
Michele Floyd, Esq.
Attorneys for Defendant

## ORDER

Upon stipulation of the parties hereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

An initial Case Management Conference shall be scheduled for _____, 2006, at _____ a/p.m. before The Honorable Jeffrey S. White in Courtroom 17. The parties shall file a Joint Case Management Conference Statement by no later than _____, 2006.

Dated: June ___, 2006

_____
JEFFREY S. WHITE
United States District Court Judge

- 2 -
Stipulation and Order re: Filing and Service of Second Amended Complaint

**IT IS SO STIPULATED:**

Dated: June __, 2006

SCOTT COLE & ASSOCIATES, APC

By: _____
Scott Edward Cole, Esq.
Attorneys for Representative Plaintiff
and the Plaintiff Class

Dated: June 7, 2006

REED SMITH LLP

By: _____
Michele Floyd, Esq.
Attorneys for Defendant

## ORDER

Upon stipulation of the parties hereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

An initial Case Management Conference shall be scheduled for July 7, 2006, at 1:30 a/p.m. before The Honorable Jeffrey S. White in Courtroom 17. The parties shall file a Joint Case Management Conference Statement by no later than June 30, 2006.

Dated: June 12, 2006

_____
JEFFREY S. WHITE
United States District Court Judge

- 2 -
Stipulation and Order re: Filing and Service of Second Amended Complaint