Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:   www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIMOTHY P. RUMBERGER, individually, and on behalf of all others similarly situated, | Case No.: C 05-04050 JSW |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF CASE MANAGEMENT CONFERENCE** |
| SPRINT COMMUNICATIONS COMPANY L.P., | |
| Defendant. | |

**WHEREAS,** a Case Management Conference is currently on calendar for January 5, 2007 and the parties, having mediated on December 7, 2007, have reached an agreement in principle and are finalizing details of the settlement and therefore, anticipate a dismissal will be filed by March 2007. The parties hereto hereby stipulate to continuing the Case Management Conference to March 30, 2006 at 1:30 p.m, or as soon thereafter as the Court's calendar permits, to provide time for parties to finalize settlement negotiations and file a dismissal with the court.

**ACCORDINGLY, IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO,** by and through their respective counsel, that a Case Management Conference be calendared for March 30, 2006, or as soon thereafter as the Court's calendar permits.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, SUITE 950
OAKLAND, CA 94612
TEL: (510) 891-9800

**IT IS SO STIPULATED:**

Dated: December 14, 2006

                                        SCOTT COLE & ASSOCIATES, APC

                                  By:      /s/ Scott Edward Cole
                                           Scott Edward Cole, Esq.
                                           Attorneys for the Representative Plaintiff
                                           And the Plaintiff Class

Dated: December 14, 2006

                                        REED SMITH LLP

                                  By:      _Kirsten Daru_
                                           Kirsten Daru, Esq.
                                           Attorneys for Defendant


                              **[PROPOSED] ORDER**


On the stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that the Case Management Conference currently on calendar for January 5, 2007 be continued to ___March 30___, 2007.


Dated: ___December 18___, 2006


                                  By: _Jeffrey S White_
                                       Jeffrey S. White
                                       United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, SUITE 950
OAKLAND, CA 94612
TEL (510) 891-9800