Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. RUMBERGER, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>vs.<br>SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>          Defendant. | Case No.: C 05-04050 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, a Case Management Conference is currently on calendar for March 30, 2007 and the parties, having mediated on December 7, 2007, have reached an agreement in principle and are finalizing details of the settlement and therefore, anticipate a dismissal will be filed by April 2007. The parties hereto hereby stipulate to continuing the Case Management Conference to April 20, 2007 at 1:30 p.m, or as soon thereafter as the Court's calendar permits, to provide time for parties to finalize settlement negotiations and file a dismissal with the court.

**ACCORDINGLY, IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO**, by and through their respective counsel, that a Case Management Conference be calendared for April 20, 2007, or as soon thereafter as the Court's calendar permits.

IT IS SO STIPULATED:

Dated: March 14, 2007

SCOTT COLE & ASSOCIATES, APC

By: /s/ Scott Edward Cole
Scott Edward Cole, Esq.
Attorneys for the Representative Plaintiff
And the Plaintiff Class

Dated: March 14, 2007

REED SMITH LLP

By: *(signature)*
Kirsten Daru, Esq.
Attorneys for Defendant

### [PROPOSED] ORDER

On the stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that the Case Management Conference currently on calendar for March 30, 2007 be continued to ____April 20____, 2007.

Dated: _____March 27_____, 2007

By: *(signature)*
Jeffrey S. White
United States District Judge