Michele Floyd (SBN 163031)
Kirsten J. Daru (SBN 215346)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant Sprint Communications
Company L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. RUMBERGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., and DOES 1 through 25, inclusive,<br><br>Defendants. | No.: C 05 4050 JSW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL AND [PROPOSED] ORDER**<br><br>Honorable Jeffrey S. White |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, as follows:

   1.   The parties have executed a binding settlement of the instant class action matter, subject to the approval of this Court;

   2.   The parties are currently scheduled to file their papers seeking preliminary approval of the settlement by Friday, April 27, 2007 and a hearing for that motion is scheduled for June 1, 2007;

Case No. C 05 4050 JSW – 1 –
Stipulation to Enlarge Time

1  3. Plaintiff has experienced delays in finalizing the papers which has rendered the
2  current deadline for filing infeasible;
3  4. The parties have agreed to a brief extension of time to file the papers from Friday,
4  April 27, 2007 to Friday May 4, 2007.
5  5. The parties have further agreed to continue the hearing date on the motion for
6  preliminary approval from June 1, 2007 to June 8, 2007.
7  6. This extension of time will not require the alteration of any other events or deadlines
8  already fixed by the Court, nor will it involve papers required to be filed or lodged with the Court
9  other than the contemplated preliminary approval motion, to which no opposition will be filed.

10 Dated: April 26, 2007                     Reed Smith LLP

                                            By: /s/ Kirsten Daru _____
                                                Kirsten Daru
                                                Attorneys for defendant

15 Dated: April 26, 2007                     Scott Cole & Associates, APC

                                            By: /s/ Scott Edward Cole _____
                                                Scott Cole
                                                Attorneys for plaintiff

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C 05 4050 JSW                      – 2 –
Stipulation to Enlarge Time

DOCSSFO-12438702.1

**ORDER**

Upon stipulation of the parties hereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

The deadline for the plaintiff to file his motion for preliminary approval of the parties' settlement is extended from April 27, 2007 to May 4, 2007. The hearing date for said motion will also be extended from June 1, 2007 to ~~June 8,~~ June 22, 2007.

Dated: April 30, 2007

_____
HONORABLE JEFFREY S. WHITE
JUDGE OF THE ~~SUPERIOR~~ COURT
DISTRICT